# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc.364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:
    Gregory Nevadomski

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:
    Florida

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Florida

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Florida

7. District Court and Division in which venue would be proper absent direct filing:

    United States District Court for Florida

    Unites States District Court for New Jersey

8. Defendants (check Defendants against whom Complaint is made):

    ☑ C.R. Bard, Inc.

    ☑ Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction

    ☑ Diversity of Citizenship

    ☐ Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ☐ Recovery® Vena Cava Filter

    ☑ G2® Vena Cava Filter

    ☐ G2® Express Vena Cava Filter

    ☐ G2® X Vena Cava Filter

    ☐ Eclipse® Vena Cava Filter

    ☐ Meridian® Vena Cava Filter

2

☐    Denali® Vena Cava Filter

☐    Other: _____

11. Date if Implantation as to each product:

09/30/2006 _____

12. Counts in the Master Complaint brought by Plaintiff(s):

☑    Count I:    Strict Products Liability – Manufacturing Defect

☑    Count II:    Strict Products Liability – Information Defect (Failure to Warn)

☑    Count III:    Strict Products Liability – Design Defect

☑    Count IV:    Negligence - Design

☑    Count V:    Negligence - Manufacture

☑    Count VI:    Negligence – Failure to Recall/Retrofit

☑    Count VII:    Negligence – Failure to Warn

☑    Count VIII:    Negligence Misrepresentation

☑    Count IX:    Negligence *Per Se*

☑    Count X:    Breach of Express Warranty

☑    Count XI:    Breach of Implied Warranty

☑    Count XII:    Fraudulent Misrepresentation

☑    Count XIII:    Fraudulent Concealment

☐    Count XIV:    Violations of Applicable _____ (insert state) Law Prohibiting Consumer Fraud and Unfair Deceptive Trade Practices

☐    Count XV:    Loss of Consortium

☐    Count XVI:    Wrongful Death

☐    Count XVII: Survival

☑    Punitive Damages

☐    Other(s): _____ (please state the facts supporting this Count in the space immediately below)

13. Jury Trial demanded for all issues so triable?

☒ Yes

☐ No

RESPECTFULLY SUBMITTED this 6th day of December, 2016.

      */s/ Daniel S. Gruber*
Daniel S. Gruber (CA SBN: 113351)
**GRUBER & GRUBER**
15165 Ventura Boulevard, Suite 450
Sherman Oaks, CA  91403
(818) 981-0066 Telephone
(818) 981-2122 Facsimile
dgruber@gruberlawfirm.com

Howard A. Snyder, Esq. (CA SBN: 113637)
**LAW OFFICES OF HOWARD A. SNYDER**
15165 Ventura Boulevard, Suite 450
Sherman Oaks, CA  91403
(818) 461-1790 Telephone
(818) 981-2122 Facsimile
howard@howardsnyderlaw.com

William B. Curtis, Esq. (TX SBN: 00783918)
**CURTIS LAW GROUP**
12225 Greenville Avenue, Suite 750
Dallas, TX  75243
(214) 890-1000 Telephone
(214) 890-1010 Facsimile
bcurtis@curtis-lawgroup.com

**ATTORNEYS FOR PLAINTIFF**

I hereby certify that on this 6th day of December, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing.

                                                */s/ Daniel S. Gruber*