# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

**Plaintiff(s):** Gregory Nevadomski

**Defendant(s):** C.R. Bard, Inc. ; Bard Peripheral Vascular, Inc.

County of Residence: Outside the State of Arizona

County of Residence: Outside the State of Arizona

County Where Claim For Relief Arose: Outside the State of Arizona

Plaintiff's Atty(s):

**Daniel S. Gruber**
Gruber & Gruber
15165 Ventura Blvd., Ste. 450
Sherman Oaks, California  91403
818-981-0066

**Howard A. Snyder**
Law Offices of Howard A. Snyder
15165 Ventura Blvd., Ste. 450
Sherman Oaks, California  91403
818-461-1790

**William B. Curtis**
Curtis Law Group
12225 Greenville Ave., Ste. 750
Dallas, Texas  75243
214-890-1000

Defendant's Atty(s):

II. Basis of Jurisdiction: **4. Diversity (complete item III)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**

Plaintiff:- **2 Citizen of Another State**
Defendant:- **5 Non AZ corp and Principal place of Business outside AZ**

IV. Origin : **6. Multidistrict Litigation**

V. Nature of Suit: **367 Health Care/Pharmaceutical Personal Injury Product Liability**

<u>VI. Cause of Action:</u>   **Diversity - 28 U.S. Code §1332**

<u>VII. Requested in Complaint</u>
    Class Action: **No**
    Dollar Demand:
    Jury Demand: **Yes**

<u>VIII. This case</u> **IS RELATED** to Case Number **2:15-md-02641-DGC** assigned to Judge **David G. Campbell.**

**Signature:** <u>/s/ Daniel S. Gruber</u>

    **Date:** <u>12/06/2016</u>

**If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.**

**Revised: 01/2014**